IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS NEXT FRIEND OF Q.M., | No. C14-03533 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SAN MATEO SUPERIOR COURT OF CALIFORNIA, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(b), Plaintiff is ORDERED TO SHOW CAUSE by 10:00 AM on Tuesday, March 10, 2015 why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 2, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE